IN THE SUPREME COURT OF NORTH CAROLINA

No. 95PA25

Filed 12 December 2025

IN THE MATTER OF: S.W.

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous decision of the Court of Appeals, 298 N.C. App. 39 (2025), affirming orders entered on 16 May 2024 denying the guardian ad litem's motion to hold the matter in abeyance, motion to dismiss, and motion to transfer venue, by Judge Pauline Hankins in District Court, Brunswick County. This matter was calendared for argument in the Supreme Court on 6 November 2025 but determined on the record and briefs without oral argument pursuant to Rule 30(f) of the North Carolina Rules of Appellate Procedure.

*No brief for petitioner-appellee Sharon Lee.*

*Matthew D. Wunsche and Hope Connie Wertz for appellant Guardian ad Litem.*

*No brief for respondent-appellee mother.*

*No brief for respondent-appellee father.*

PER CURIAM.

Having carefully considered the opinion of the Court of Appeals, the record, and the guardian ad litem's brief, we conclude that the guardian ad litem's petition for discretionary review was improvidently allowed by order on 23 May 2025.

DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.